D/F

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 0 7 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                               ::
ERIK JOHANSSON,                                                :    12-CV-5296(ARR)
                                                               :
                              Petitioner,                      :    NOT FOR PRINT OR
                                                               :    ELECTRONIC
        -against-                                              :    PUBLICATION
                                                               :
FRANK STRADA,                                                  :    OPINION AND ORDER
                                                               :
                              Respondent.                      :
                                                               :
------------------------------------------------------------- X

ROSS, United States District Judge:

The court having been informed that petitioner in this case has been released from the

Metropolitan Detention Center, see attached order, hereby directs the Clerk of the Court to close

the case.

        SO ORDERED.


                                                    /S/ Judge Allyne R. Ross
                                                    Allyne R. Ross
                                                    United States District Judge


Dated:          December 7, 2012
                Brooklyn, New York