FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 0 7 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

ERIK JOHANSSON,

                        Petitioner,

   -against-

FRANK STRADA,

                        Respondent.
----------------------------------------------------------------- X

12-CV-5296(ARR)

NOT FOR PRINT OR ELECTRONIC PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

The court having been informed that petitioner in this case has been released from the Metropolitan Detention Center, see attached order, hereby directs the Clerk of the Court to close the case.

SO ORDERED.

                                                     /S/ Judge Allyne R. Ross
                                                     Allyne R. Ross
                                                     United States District Judge

Dated:    December 7, 2012
             Brooklyn, New York